# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JEREMY DANIEL RUSSOM, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | CASE NO. 5:14CV167 |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH WHITENER, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2015, Order.

                                       Signed: August 31, 2015

_____
Frank G. Johns, Clerk
United States District Court